[No. 2036–3.   Division Three.   August 29, 1977.]

JAMES DAVID BICH, *Appellant,* v. GENERAL ELECTRIC COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 30041, W. R. Cole, J., entered June 10, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 3918–1.   Division One.   August 29, 1977.]

GERALD K. LIBBEY, ET AL, *Appellants,* v. LITHO–CRAFT, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 767383, Frank J. Eberharter, J., entered June 12, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4411–1.   Division One.   August 29, 1977.]

BERTHA LANKHAAR, *Individually and as Executrix, Appellant,* v. LARRY RUSSELL, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 48522, Marshall Forrest, J., entered December 17, 1975. *Reversed* by unpublished per curiam opinion.